UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>    Defendants. | Case No.  14-cv-01746-KAW<br><br>**ORDER REGARDING PLAINTIFF'S DECLINATION TO PROCEED WITH ADR**<br><br>Re: Dkt. No. 8 |

Plaintiff in the above-captioned case filed a document, Dkt. No. 8, in which he "respectfully declines Alternate Dispute Resolution." (Dkt. No. 8.)  The Court construes the filing as a motion for relief from automatic referral to the ADR Program.  *See* ADR L.R. 3-3(c).  Because Plaintiff has failed to articulate any basis justifying the relief requested, the motion is DENIED.  The deadlines set forth in this Court's scheduling order, Dkt. No. 3, remain in effect.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge