FILED
SEP - 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD SNYDER**<br>521 Alameda Del Prado #228<br>Novato, CA 94949<br>Plaintiff,<br><br>vs.<br><br>**DEPARTMENT OF DEFENSE; DEFENSE LOGISTICS AGENCY**<br><br>Defendants. | Case No: CV 14-1746 KAW<br><br>**PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: October 16. 2014<br>Time: 11:00 AM<br>Location: COURTROOM 4, 3RD FLOOR<br>Before: Hon. Kandis A. Westmore |

# FACTS

1. Plaintiff received the Administrative Record from the Defendant in two(2) parts. One part for the CAGE Code file, seventy four(74) pages. One part for the DoDaac File twenty two(22) pages. All of the pages where numbered by the Federal Defendant so the page count is his.

2. The Administrative Record is not in compliance with Local Rule 7-4(a)(2).

> "If in excess of 10 pages, a table of contents and a table of authorities;"

Plaintiff did not receive a Table of Contents for either of the documents of the Administrative Record.

3. The Administrative record is also incomplete purposely or accidentally. One example is the CAGE Code Administrative Record, page CC021, second paragraph "I have attached the DISA CCC response..." fifth paragraph "Attached is the work of the DISA CCC...." These are just two(2) examples of missing documents.

## REMEDY

4. Request this Court to Order the Federal Defendant to provide the appropriate required "Tables of Contents" and all of the documents that had been withheld.

Dated September 2, 2014

Richard Snyder