UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SNYDER,

    Plaintiff,

    v.

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

Case No. 14-cv-01746-KAW

**ORDER VACATING OCTOBER 16, 2014 HEARING**

The Government's motion to dismiss, as well as various motions filed by Plaintiff, are set for hearing on October 16, 2014. The Court finds the matters suitable for disposition without hearing pursuant to Civil Local Rule 7-1(b). Accordingly, the October 16, 2014 hearing is hereby vacated. The Court will issue a written order on the pending motions.

**IT IS SO ORDERED**.

Dated: 10/07/2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge