United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER, | Case No.  14-cv-01746-KAW |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW MOTION FOR SANCTIONS** |
| DEPARTMENT OF DEFENSE, et al., | |
| Defendants. | Re: Dkt. No. 29, 39 |

Plaintiff Richard Snyder moves to withdraw the motion for sanctions he filed in the above-captioned case.  The motion for sanctions is, therefore, withdrawn.

**IT IS SO ORDERED**.

Dated:  10/29/2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge