UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SNYDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01746-KAW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

On October 29, 2014, the Court ordered the parties to file either a stipulation selecting an ADR process or a notice of need for ADR phone conference.  The parties were to do so within 30 days of the order.  As of the filing of this order, the parties have filed neither.

Given the parties' noncompliance with the Court's October 29 order, the Court, on its own initiative, hereby refers this case to a randomly-assigned magistrate judge for a settlement conference to be held within 90 days or as soon as is convenient to the magistrate judge's calendar.  *See* Civil L.R. 16-8(a)("At any time after an action has been filed, the Court on its own initiative . . . . may refer the case to one of the Court's ADR programs, or to a judicially hosted settlement conference.").

All pending motions are terminated to facilitate the parties' settlement negotiations.  The case management conference currently set for February 17, 2015 is continued to June 30, 2015.  The parties shall file a joint case management statement by June 23, 2015.

**IT IS SO ORDERED**.

Dated: 01/05/2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge