1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | SABITA J. SONEJI (DCBN 974062)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    sabita.soneji@usdoj.gov

Attorneys for Federal Defendant

RICHARD SNYDER
521 Alameda Del Prado, #228
Novato, CA  94949
Telephone:  (415) 883-5771
el.rich@sbcglobal.net

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD SNYDER,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE; DEFENSE LOGISTICS AGENCY,<br><br>    Defendants. | CASE NO. 14-01746 KAW<br><br>STIPULATION TO CONTINUE DATE OF INITIAL STATUS CONFERENCE; [PROPOSED ORDER] |

STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED ORDER]
14-01746 KAW

Subject to the approval of the Court, defendants Department of Defense and Defense Logistics Agency ("Defendants"), by and through their undersigned counsel, and Plaintiff *pro se*, Richard Snyder ("Plaintiff"), hereby stipulate that the case management conference in this action, currently scheduled for June 30, 2015 at 1:30 p.m., will be continued to July 21, 2015 at 1:30 p.m., or as soon thereafter as the parties may be heard.  The parties request and have stipulated to this continuance because counsel for Defendants has previously scheduled leave during that time.

     IT IS SO STIPULATED.

DATED: June 11, 2015     By:     /s/ *Richard Snyder*
     RICHARD SNYDER
     Plaintiff *Pro Se*

DATED: June 11, 2015     By:     MELINDA HAAG
     United States Attorney

     /s/ *Sabita J. Soneji*
     SABITA J. SONEJI[1]
     Assistant United States Attorney
     Attorneys for Federal Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

     The case management conference is continued to August 18, 2015 at 1:30 p.m.

DATED: 06/15/2015                                                      
HONORABLE  KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Sabita J. Soneji, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in the filing of this document has been obtained from the other signatory listed here.

STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED ORDER]
14-01746 KAW