UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SNYDER,

    Plaintiff,

    v.

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

Case No.  14-cv-01746-KAW

**ORDER REQUIRING SUPPLEMENTAL BRIEFING; CONTINUING MOTION HEARING**

    The parties' cross-motions for summary judgment are currently set for hearing on November 5, 2015.  Having conducted an initial review of the papers, the Court orders Defendants to provide supplemental briefing addressing why the Director of Administration's determination regarding the DoDAAC File is sufficient to show that the file should be withheld in its entirety without consideration of whether the file may be produced in some redacted form.

    Within 14 days, Defendants shall file a supplemental brief of no more than 5 pages on this issue.  Plaintiff may file a response, not to exceed 5 pages, to Defendants' supplemental brief within 14 days of being served with a copy.  The hearing on the cross-motions is continued to December 17, 2015 at 11:00 a.m.

    IT IS SO ORDERED.

Dated: 10/30/2015

_____

KANDIS A. WESTMORE
United States Magistrate Judge