UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SNYDER,

    Plaintiff,

    v.

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

Case No.  14-cv-01746-KAW

**ORDER REGARDING EX PARTE COMMUNICATION**

On November 3, 2015, AUSA Sabita Jyotindra Soneji contacted the undersigned's chambers regarding the above-captioned case.  This is an improper ex parte communication.  *See* Civil Local Rule 11-4(c) ("Except as otherwise provided by law or these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from making telephone calls or writing letters or sending copies of communications between counsel to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel."); *see also* Judge Westmore's General Standing Order ¶ 21 ("Pursuant to Civil Local Rule 11-4(c), with the exception of communication with the courtroom deputy regarding scheduling, no party may contact the Court ex parte without prior notice to the opposing party.  All communications or questions to the Court shall be presented in writing, properly filed, and include a certification that all parties were served a copy of the written communication.").  Counsel is advised that she may address any issues in her supplemental briefing or by filing a properly noticed motion or letter.

IT IS SO ORDERED.

Dated: 11/03/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge