United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SNYDER,

    Plaintiff,

  v.

DEPARTMENT OF DEFENSE, et al.,

    Defendants.

Case No. 14-cv-01746-KAW

**JUDGMENT**

On December 18, 2015, the Court GRANTED Defendants' cross-motion for summary judgment and DENIED Plaintiff's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 12/18/15

                                                    *Kandis Westmore*

                                                 KANDIS A. WESTMORE
                                                 United States Magistrate Judge